UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSMIN VALLE,

       Plaintiff,

vs.

RESIDENTIAL FUNDING COMPANY, LLC, et al.,

       Defendant(s).
       /

No. C 09-03730 MHP

**ORDER DISMISSING COMPLAINT**

On January 25, 2010, this action came on for hearing on plaintiff's counsel's motion to withdraw as plaintiff's attorney. The motion was granted and the complaint was dismissed without prejudice. However, it appears that no written order was actually issued. There has been no activity on the case since that date. Thus, in accordance with that bench order,

IT IS HEREBY ORDERED that the motion to withdraw is GRANTED and the complaint is DISMISSED without prejudice.

The Clerk of Court shall close the file.

Date: September 3, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

**ENDNOTES**